NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEROME A. MAHER** AND **JOHN R. GRAVEE,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5130

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-012, Senior Judge John P. Wiese.

---

## ON MOTION

---

## ORDER

Jerome A. Maher and John Gravee move for reconsideration of the court's order dismissing their appeal for failure to file a brief and for an extension of time, until October 1, 2010, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2

The motions will be granted, the mandate will be re-called, the dismissal order will be vacated, and the appeal will be reinstated if the plaintiffs file their brief by October 1, 2010.

FOR THE COURT

SEP 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John O. Tuohy, Esq.
    William G. Kanellis, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK